

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00646-CR

Gilbert **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-10-03043-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED IN PART. The appellant's brief is due on February 20, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court